JOHN HAMILTON, JR. *vs.* HENRY INGRAHAM.

Middlesex.   January 9. — 18, 1877.   COLT & ENDICOTT, JJ., absent.

A mistake in the return day of a writ may be amended by leave of court, after the special appearance of the defendant to plead to the jurisdiction.

CONTRACT. The writ, issued from a District Court, was dated August 18, 1875, returnable on the "thirtieth day of August next." The defendant entered a special appearance and filed a

plea to the jurisdiction, on the ground "that the writ was not made returnable within the time required by law." The justice overruled the defendant's plea, and allowed a motion of the plaintiff to amend his writ by substituting the word "current" for the word "next," and ordered judgment for the plaintiff. The defendant appealed to the Superior Court, and there filed a motion to dismiss the action, which was overruled, and judgment entered for the plaintiff. The defendant appealed to this court.

*G. C. Travis,* for the plaintiff.

*F. F. Heard,* for the defendant.

BY THE COURT. The mistake in the writ was rightly allowed to be amended. *McIniffe* v. *Wheelock,* 1 Gray, 600. *Fay* v. *Hayden,* 7 Gray, 41. *Hart* v. *Waitt,* 3 Allen, 532. *Austin* v. *Lamar Ins. Co.* 108 Mass. 338. *Judgment affirmed.*